IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
CARMELITO OLAES,                              : CASE NO.  1:08 CV 2973
                                                                 :
                                         Plaintiff,     :
                                                                 :
              -vs-                                          : ORDER ADOPTING REPORT AND
                                                                 : RECOMMENDATION AND GRANTING
                                                                 : DEFENDANTS' MOTIONS FOR
CITY OF CLEVELAND, et al.,                : PARTIAL SUMMARY JUDGMENT
                                        Defendants.  :
------------------------------------------------------ :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     This matter was referred to United States Magistrate Judge William H. Baughman, Jr. for a Report and Recommendation ("R&R") pursuant to Local Civil Rule 72.2(b)(2).  (Doc. 25).  In his R&R, Magistrate Judge Baughman recommends granting the Defendants' motions for partial summary judgment on counts one, three, four, seven, nine and ten, of the Plaintiff's amended complaint. (Doc. 26).

     No party has objected to the Magistrate Judge's R&R.  Therefore, this Court will presume the parties are satisfied with the determination.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, the Magistrate Judge's R&R is adopted and the Defendants' motions are granted dismissing under summary judgment counts one, three, four, seven, nine and ten of the amended complaint.   Counts two, five, six and eight of the amended complaint remain.

IT IS SO ORDERED.

                                                /s/Lesley Wells  
                                           UNITED STATES DISTRICT JUDGE

Date: 9 March 2011